No. 64772.—M. Pressner & Co. and M. Zwiebel v. United States, protests 60/3071 and 60/3225 (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

No. 64773.—Seaboard Import Co., Inc. v. United States, protest 60/1540 (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of celluloid flowers similar in all material respects to those the subject of Abstract 59302, the claim of the plaintiff was sustained.

No. 64774.—Ross Products, Inc. v. United States, protest 60/3197 (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 64775.—Langfelder, Homma & Carroll, Inc. v. United States, protest 60/6497 (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.